In re HIRSHFIELD. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) In the matter of David Hirshfield, an attorney. Proceedings dismissed. Edward A. Freshman, for the motion. Hunter & Hatch, opposed.

PER CURIAM. In view of the final adjustment of the controversy between Mr. Hirshfield and his client, and taking into consideration the sharp conflict of evidence in the affidavits submitted on this motion, this court has

decided to dismiss this application. In doing so, it deems it but proper to declare that the attorney's conduct was not marked with prudence. The duty of an attorney to his profession should require him in his dealings with his client to avoid as far as possible even an appearance of evil. It is not alone his own personal rights which are involved in such controversies, but alike the honor and good repute of his office, which he should take constant care to uphold.

